STATE OF CONNECTICUT *v.* RICHARD D. TOCE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John P. McKeon,* in support of the petition.

*Walter H. Scanlon,* assistant chief prosecuting attorney, in opposition.

Submitted November 10—decided December 16, 1969

STATE OF CONNECTICUT *v.* WILLIS COLLINS ET AL.

The petition by the defendants for an expedited and preferential review by this court of the bond set by the Circuit Court in the fourteenth circuit and subsequently reduced by the Appellate Division of the Circuit Court is dismissed.

*Louis I. Parley* and *Paul R. Rice,* in support of the petition.

Submitted December 10—decided December 16, 1969

MANCHESTER MEMORIAL HOSPITAL *v.* NORMAN E. WHITNEY ET AL.

The petition by the named defendant for leave to file a late notice of a petition for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Norman E. Whitney,* pro se, on the petition.

Submitted December 11—decided December 16, 1969